STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANNA NGUYEN (CABN 335873)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Anna.Nguyen@usdoj.gov

Attorneys for United States of America

FILED

Nov 01 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-423 MAG |
| Plaintiff, | AFFIDAVIT OF ANNA NGUYEN IN SUPPORT OF MOTION FOR SUMMONS |
| v. | |
| SAUL CARRANZA, | |
| Defendant. | |

AFFIDAVIT IN SUPPORT OF SUMMONS
TBD

I, Anna Nguyen, depose and state:

1. I am a Special Assistant United States Attorney for the Northern District of California, and I am assigned to the prosecution of the above-captioned case. I received the following information from reports and other documents provided to me by the United States Park Police ("USPP").

2. On July 31, 2021 at approximately 1:09 PM, USPP officers responded the area of McDowell and Van Ness based on multiple call-in reports of a vehicle driving erratically and an intoxicated male trying to get into a vehicle that was described as an older model black four-door sedan with California License Plate 6LMD308. The area of McDowell and Van Ness is within the Special Maritime and Territorial Jurisdiction of the United States.

3. When a USPP officer arrived on scene, they noticed that several other officers were already there next to a male individual, later identified as Saul CARRANZA. CARRANZA was seated on the ground and the other officers were speaking with him. USPP officer then asked CARRANZA if he had been drinking alcohol that day to which CARRANZA replied with "one beer". USPP officer observed an unoccupied black four-door sedan, specifically a Toyota Corolla with California License Plate 6LBN308 ("vehicle") on McDowell near the bollards just west of Van Ness. The other officers informed USPP officer that when they arrived on scene, the vehicle was running with the radio on.

4. USPP officer conducted a Standardized Field Sobriety Test ("SFST") and after witnessing CARRANZA's performance, USPP officer determined that CARRANZA was intoxicated and placed him under arrest for Driving Under the Influence of Alcohol ("DUI"). While being transported and not questioned, CARRANZA stated "you guys took all my beer".

5. While at the station, USPP officer read the chemical test rights from DS 367 to CARRANZA and after reading the rights numerous times, CARRANZA consented to the breath test. USPP officer performed the Drager Breath Test and the results were .27 and .28 Blood Alcohol Concentration ("BAC") which is more than three times above the legal limit.

6. Based on the above-listed facts, there is probable cause to believe that Saul Carranza violated 36 C.F.R. § 4.23(a)(2) – Operating a Motor Vehicle with a Blood Alcohol Concentration of Above .08%, and 36 C.F.R. § 4.23(a)(2) – Operating a Motor Vehicle with a Blood Alcohol Concentration of Above .08%, both are Class B misdemeanors.

AFFIDAVIT IN SUPPORT OF SUMMONS
TBD

7. On October 29, 2021, the government filed an Information charging Saul Carranza with violating 36 C.F.R. § 4.23(a)(2) – Operating a Motor Vehicle with a Blood Alcohol Concentration of Above .08%, and 36 C.F.R. § 4.23(a)(2) – Operating a Motor Vehicle with a Blood Alcohol Concentration of Above .08%, both are Class B misdemeanors.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed October 29, 2021 in San Francisco, California.

/s/ Anna Nguyen
ANNA NGUYEN
Special Assistant United States Attorney

AFFIDAVIT IN SUPPORT OF SUMMONS
TBD